Royal F. Oakes (080480), roakes@bargerwolen.com
Richard B. Hopkins, II (190108), rhopkins@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HINSON,<br><br>  Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Defendant. | CASE NO.: CV-11-1522 YGR<br><br>**[PROPOSED] ORDER ON PARTIES' STIPULATION TO CONTINUE DISCOVERY CUTOFF, EXPERT WITNESS DESIGNATION AND DISCOVERY CUTOFF, AND MOTION FILING DATE** |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

g:\ygrall\ecf-ready\hinson 11-1522 order re continuing pretrial dates.doc

# **ORDER**

Having reviewed the parties' stipulation and good cause appearing, the Court hereby **ORDERS** that the following pre-trial dates are continued as follows:

| | |
|---|---|
| Disclosure of Experts | May 29, 2012 |
| Non-Expert Discovery Cut-Off | June 11, 2012 |
| Rebuttal Expert Disclosure | June 18, 2012 |
| Filing Deadline for dispositive motions | June 19, 2012 |
| Expert Discovery Cut-Off | July 9, 2012 |
| Dispositive Motions to be heard by | July 24, 2012 |

Trial-related dates in this action remain the same. Trial will commence on August 20, 2012 at 8:30 a.m. Pretrial Conference is set for August 3, 2012 at 9:00 a.m. Pretrial Statements are due on July 20, 2012.

This Order terminates Dkt. Nos. 19 & 20.

**IT IS SO ORDERED.**

DATED: April 23, 2012 _____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1 | Submitted by:
2 | BARGER & WOLEN LLP
3 |
4 | By: /s/ Royal F. Oakes
5 |     ROYAL F. OAKES
    RICHARD B. HOPKINS, II
6 |     Attorneys for Defendant
    Metropolitan Life Insurance
7 |     Company