UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: C-11-01522-YGR<br><br>**ORDER REGARDING RESPONSE TO DEFENDANT'S LETTER FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT** |

On May 25, 2012, Defendant filed a letter with the Court pursuant to its Standing Order in Civil Cases requesting a pre-summary judgment motion conference. (Dkt. No. 25.) To date, Plaintiff has failed to respond despite the Standing Order's requirement that a response be filed within three (3) business days. If no response is filed by Monday, June 4, 2012 at 12:00 p.m., the Court will interpret the failure to respond as an admission of good cause for the filing of Defendant's summary judgment motion.

Depending upon whether Plaintiff files a response, the Court may set a date and time for a conference at a future time.

**IT IS SO ORDERED.**

Dated: June 1, 2012

                                      _____
                                      **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**