UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: C-11-01522-YGR<br><br>**ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL RESPONSE TO DEFENDANT'S LETTER FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT** |

On June 1, 2012, Plaintiff filed a late response to Defendant's letter requesting a pre-summary judgment motion conference. (Dkt. Nos. 25–27.) Plaintiff's letter fails to respond to the grounds identified by Defendant for filing a summary judgment motion. Rather, Plaintiff suggests ways to streamline proceedings and states an intent to file a cross-motion, without identifying the grounds for that motion.

Plaintiff is hereby **ORDERED** to provide a supplemental response to Defendant's May 25, 2012 letter, specifically addressing the substantive issues raised therein, no later than Wednesday, June 6, 2012. Plaintiff must also outline the basis of any cross-motion that he intends to bring. If Plaintiff fails to file a supplemental response as set forth above, the Court will vacate the conference scheduled for June 8, 2012 and grant Defendant leave to file its summary judgment motion.

**IT IS SO ORDERED.**

Dated: June 4, 2012

                                                      _____
                                                      **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**