UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HINSON,<br><br>  Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No.: C-11-01522-YGR<br><br>**ORDER VACATING TRIAL DATES AND SETTING COMPLIANCE HEARING** |

The Court has received a Notice of Settlement from the parties. (Dkt. No. 103.) Accordingly, all trial dates are **VACATED**. A compliance hearing shall be held on Friday, September 21, 2012 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: August 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**